OPINION — AG — ** GAMBLING — LOTTERY ** THE LION'S CLUB OF BARTLESVILLE PROPOSED TO HOLD A CARNIVAL IN THE MUNICIPAL PARK WHEREIN PEOPLE ATTENDING WILL PAY CASH CONSIDERATION FOR PAPER MONEY WHICH THEY WILL USE TO PAY FOR AN OPPORTUNITY TO WIN PRIZES AT A RING TOSS, BINGO, AND OTHER OTHER RELATED TYPES OF GAMES. IS THIS A LOTTER UNDER LAWS OF OKLAHOMA? — AFFIRMATIVE (BINGO, GAMING) CITE: 21 O.S. 1051 [21-1051] (FRED HANSEN)